UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

HILDA L SOLIS,

           Plaintiff,

   v.

HAYWARD ASIAN BUFFET, INC., et al.,

           Defendants.
_____/

No. C 12-06469 LB

**ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE TO JUNE 13, 2013**

On December 21, 2012, Plaintiff filed a complaint against Defendants Hayward Asian Buffet, Inc., Guiwen Lin, and Su Hong Hu[1]. Complaint, ECF No. 1. All Defendants have been served. Proof of Service, ECF No. 8. On March 14, 2013, Plaintiff voluntarily dismissed Su Hong Hu, leaving only Hayward Asian Buffet, Inc. and Guiwen Lin as Defendants. Voluntary Dismissal, ECF No. 9.

To date, however, Hayward Asian Buffet, Inc. and Guiwen Lin have not appeared in the action. In its case management conference statement, Plaintiff suggests that it may request default by entered against them, but it has yet to do so, possibly because it appears that the parties currently are engaged in settlement discussions. *See* 3/14/2013 CMC Statement, ECF No. 10. In light of this situation, and in light of Defendants' failure to either consent to or a decline the undersigned's

---

[1] On March 14, 2012, the Secretary of Labor filed a notice of voluntary dismissal of Defendant Su Hong Hu pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure. Notice, ECF No. 9.

C 12-06469 LB
ORDER

1  jurisdiction[2], the court finds good cause to continue the March 21, 2013 initial case management
2  conference. Accordingly, the March 21, 2013 initial case management conference is **CONTINUED**
3  to June 13, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden
4  Gate Avenue, San Francisco, California, 94102. The parties shall file a joint case management
5  conference no later than June 6, 2013.

6  **IT IS SO ORDERED.**

7  Dated: March 18, 2013

8  _____
   LAUREL BEELER
   United States Magistrate Judge

---

[2] This civil case was then randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. The consent and declination forms are available on the website for the United States District Court for the Northern District of California at http://www.cand.uscourts.gov/civilforms.

ORDER
C 12-06469 LB                                    2