**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HILDA L SOLIS, | No. C 12-06469 LB |
| Plaintiff, | **ORDER (1) REGARDING THE PARTIES' CONSENT JUDGMENT AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HAYWARD ASIAN BUFFET INC, et al., | |
| Defendants. | [Re: ECF No. 15] |

Plaintiff sued Defendants for various employment violations. The parties agreed to settle the action, and on June 20, 2013, they filed a Consent Judgment for the undersigned's approval and signature. Consent Judgment, ECF No. 15. Because the Consent Judgment is dispositive of Plaintiff's claims, all parties must consent to the undersigned's jurisdiction before the undersigned can enter it. *See* 28 U.S.C. § 636. In this case, however, only Plaintiff has consented to the undersigned's jurisdiction; to date, Defendants have neither consented to nor declined the undersigned's jurisdiction. Thus, attached to this order are copies of the forms by which Defendant may either consent to or decline the undersigned's jurisdiction. Plaintiff is ordered to serve a copy of this order (along with its attachments) to Defendants by July 1, 2013, and Defendants are directed to file either the consent form or the declination form by July 8, 2013. Furthermore, in light of this issue, the undersigned **CONTINUES** the case management conference that currently is set for June 27, 2013 to August 1, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

C 12-06469 LB
ORDER

1    **IT IS SO ORDERED.**

2    Dated: June 24, 2013

3    _____
     LAUREL BEELER
     United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 12-06469 LB
ORDER                    2